# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re: JAMES E. RAFFERTY

HAROLD B. MURPHY   Vs.   JAMES E. RAFFERTY

Case Number: 99-20373-BKC-PGH
Chapter 7
Adv. Case Number: 99-2150-BKC-PGH-A
County of Residence: BROWARD

### - TRANSMITTAL OF RECORD TO DISTRICT COURT -

U.S. DIST. CT.
S.D. OF FLA.-FTL

[X] Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal Filed on __12/13/99__

[ ] Request to Expedite Appeal attached.

[ ] Related District Court Case # _____
(Assigned to Motion filed pursuant to USDC 87.4 C or D)

**The Party or Parties Included in the Appeal to District Court:**

APPELLANT(S): James E. Rafferty

ATTORNEY: Kevin Gleason, P.A.
2699 Stirling Rd. Suite A-201
Ft. Lauderdale, FL 33312
Phone: (954) 893-7670

APPELLEE(S): Harold B. Murphy, Bankr. Trustee for Fayette Corporation

ATTORNEY: Lloyd E. Swaim, Esq.
7880 W. Oakland Park Blvd., Suite 202
Phone: (954) 771-9251

Title & Date of Order Appealed: Opinion/Order (11/30/99) on Amended Complaint.
Order (11/30/99 Larry Lessen) Granting Amended Complaint.

Entered on Docket Date: __12/3/99__     Docket No. __23,24__

[X] Designation in Appeal (See Attached)
[ ] Designation in Cross Appeal (See Attached)
[X] Copy of Docket
[ ] Exhibits
[ ] Transcript(s) of Hearing on _____
[ ] Other _____

Certified to be a true and correct copy of the original.
Karen Eddy, Clerk
U.S. Bankruptcy Court
So. Dist. of Fla.
By: Micheline Aarons, Deputy Clerk
Date: 2-1-00

**KAREN EDDY, CLERK OF COURT**

Dated: __1/31/00__

By: Micheline Aarons
Deputy Clerk, USBC
Telephone No: (954) 769-5700

---

### - RULE 8007 ACKNOWLEDGMENT OF DOCKETING IN DISTRICT COURT -

DISTRICT COURT CASE NUMBER: 00-6157CIV-ZLOCH   MAGISTRATE JUDGE SELTZER

DATE OF DOCKETING: 2/4/00

CARLOS JUENKE
Court Administrator/Clerk of Court
By: Barbara Railback
Deputy Clerk, USDC
Telephone No: _____

COPIES TO:
WHITE COPY - USDC
GREEN COPY - ATTORNEY FOR APPELLANT
CANARY COPY - ATTORNEY FOR APPELLEE
PINK COPY - RETURN TO USBC
GOLDENROD COPY - RETAINED BY USBC

CF-A2 (10/01/96)

```
                    U.S. Bankruptcy Court            00-6157
               Southern District of Florida (Broward)
                                                     CIV-ZLOCH
                 Adversary Proceeding #: 99-2150

Date filed: 5/3/99                         Date terminated: 12/13/99
Assigned to: Judge Paul G. Hyman, Jr.
Related Bankruptcy Case #: 99-20373              MAGISTRATE JUDGE
In Re: James E. Rafferty,                            SELTZER
Demand: $0,000                             Nature of Suit:  426


========================           * Attorneys *

HAROLD B. MURPHY                   Lloyd E Swaim, Esq
c/o Lloyd E Swaim                  Below Address Terminated on 1/1/99
7880 W Oakland Park Blvd #202      2929 E Commercial Blvd #700
Sunrise, FL 33351                  Ft. Lauderdale, FL 33308
      * Plaintiff *                954-771-9251

JAMES R. PALMER                    Lloyd E Swaim, Esq
c/o Lloyd E Swaim                  Below Address Terminated on 1/1/99
7880 W Oakland Park Blvd #202      (See above)
Sunrise, FL 33351
      * Plaintiff *

JAMES R. PALMER AS EXECUTOR OF     Lloyd E Swaim, Esq
THE ESTATE OF WARREN C. WHITE      Below Address Terminated on 1/1/99
c/o Lloyd E Swaim                  (See above)
7880 W Oakland Park Blvd #202      Lloyd E Swaim, Esq
Sunrise, FL 33351                  Below Address Terminated on 1/1/99
      * Plaintiff *                (See above)


   v.

JAMES E. RAFFERTY                  Kevin C Gleason, Esq
6 NE 24 St                         2699 Stirling Rd #A-201
Ft. Lauderdale, FL 33305           Ft. Lauderdale, FL 33312
SSN: 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                   954-893-7670
      * Defendant *




Docket as of February 1, 2000 1:58 pm                    Page 1
```

```
Proceedings include events between 1/1/99 and 2/1/00.                    CLOSED
99-2150       Harold B. Murphy, et al v. James E. Rafferty                APPEAL

5/3/99    1    Complaint (99-2150) Harold B. Murphy, Trustee of Fayette
               Corp. and James R. Palmer and James R. Palmer as Executor
               of the Estate of Warren C. White vs. James E. Rafferty .
               NOS 426 Dischargeability 523 . (pd $150) (ma) [EOD 05/04/99]
               [99-2150]

5/3/99    2    Summons Issued on James E. Rafferty in 99-02150 Answer due
               5/28/99 for James E. Rafferty ;Pretrial Hearing scheduled
               for 9:30 8/23/99 at Room 308, Ft. Lauderdale. Trial to Be
               Set at Pretrial. (ma) [EOD 05/04/99] [99-2150]

5/3/99    3    Order ( 5/3/99) Setting Filing/Disclosure Requirements for
               Pretrial/Trial. Initial Disclosures of Witnesses and
               Documents Shall Be Made At Least 30 Days Before the
               Pretrial Date. Last day for filing is: 7/23/99. (EOD
               5/3/99) (ma) [EOD 05/04/99] [99-2150]

5/5/99    4    Summons Served  5/4/99 on James E. Rafferty. (ma)
               [EOD 05/06/99] [99-2150]

5/10/99   5    Motion By Defendant James E. Rafferty To Dismiss and For
               Sanctions Pursuant to Rule 9011 (ma) [EOD 05/12/99]
               [99-2150]

5/21/99   6    Notice of Hearing by William C Stalions for Defendant James
               E. Rafferty RE: [5-1] Motion To Dismiss by James E.
               Rafferty Schd For 9:30 6/7/99 at Room 308, Ft. Lauderdale,
               [5-2] Motion For Sanctions Pursuant to Rule 9011 by James
               E. Rafferty Schd For 9:30 6/7/99 at Room 308, Ft.
               Lauderdale (ma) [EOD 05/25/99] [99-2150]

6/9/99    7    Order (6/9/99) Denying [5-1] Motion To Dismiss by James E.
               Rafferty Denying [5-2] Motion For Sanctions Pursuant to
               Rule 9011 by James E. Rafferty for Failure to Prosecute.
               (EOD 6/14/99) (ma) [EOD 06/14/99] [99-2150]

6/11/99   8    Agreed Order ( 6/11/99) to Dismiss. (EOD 6/14/99) (ma)
               [EOD 06/14/99] [99-2150]

6/14/99   --   Disposition of Adversary (99-2150) Dismissing [1-1]
               Complaint NOS 426 Dischargeability 523 (ma) [EOD 06/14/99]
               [99-2150]

6/14/99   --   Adversary Case (99-2150) Closed. (ma) [EOD 06/14/99]
               [99-2150]

6/14/99   9    Motion By Defendant James E. Rafferty for Reconsideration
               of Order [7-1] Denying  Plaintiff's Motion to Dismiss. (ma)
               [EOD 06/16/99] [99-2150]

6/22/99   10   First Amended Complaint Re: [1-1] Complaint NOS 426
               Dischargeability 523 (ed) [EOD 06/22/99] [99-2150]


Docket as of February 1, 2000 1:58 pm                              Page 2
```

Proceedings include events between 1/1/99 and 2/1/00.                    CLOSED
99-2150         Harold B. Murphy, et al v. James E. Rafferty              APPEAL

| Date | # | Description |
|---|---|---|
| 6/30/99 | 11 | Answer to the First Amended Complaint by Defendant James E. Rafferty . (ma) [EOD 07/02/99] [99-2150] |
| 7/21/99 | 12 | Notice of Absence from 8/11/99 through 8/17/99 by Lloyd E Swaim for Plaintiff James R. Palmer As Executor of the Estate, Plaintiff Harold B. Murphy (ma) [EOD 07/22/99] [99-2150] |
| 8/2/99 | 13 | Amended Summons Issued on James E. Rafferty. Answer due 8/27/99 for James E. Rafferty ;Pretrial Hearing scheduled for 9:30 8/30/99 at Room 308, Ft. Lauderdale . Summons [2-1] by Defendant James E. Rafferty Terminated. Trial To Be Set at Pretrial. (ma) [EOD 08/05/99] [99-2150] |
| 8/3/99 | 14 | Summons Served 8/2/99 on James E. Rafferty. (ma) [EOD 08/05/99] [99-2150] |
| 8/4/99 | 15 | Motion By Attorney, Kevin C Gleason for Defendant James E. Rafferty To Substitute For Attorney, William C Stalions Esq. (EOD 8/12/99) (ma) [EOD 08/12/99] [99-2150] |
| 8/10/99 | 15 | Order (8/10/99) Granting [15-1] Motion To Substitute For Attorney, William C Stalions Esq by Kevin C Gleason Esq . Involvement of Attorney William C Stalions for James E. Rafferty Terminated. (EOD 8/12/99) (ma) [EOD 08/12/99] [99-2150] |
| 8/17/99 | 16 | Certificate Of Service By Kevin C Gleason for Defendant James E. Rafferty Of [15-1] Motion (Stipulation) To Substitute For Attorney, William C Stalions Esq by Kevin C Gleason Esq, [15-1] Order Granting Substitution of Counsel. (sh) [EOD 08/19/99] [99-2150] |
| 9/7/99 | 17 | Pre-Trial Order (9/2/99).    [EOD 9/9/99] (ma) [EOD 09/09/99] [99-2150] |
| 9/7/99 | 18 | Order (9/7/99) Setting Trial Before Visiting Judge Larry L Lessen Re: [1-1] Complaint NOS 426 Dischargeability 523 Trial scheduled for 9:30 9/20/99 at Room 1409, Miami. (EOD 9/9/99) (ma) [EOD 09/09/99] [99-2150] |
| 9/13/99 | 19 | Order (9/9/99) Reinstating and Reopening Adversary Proceeding. (EOD 9/17/99) (ma) [EOD 09/17/99] [99-2150] |
| 9/13/99 | 20 | Notice of Filing Opening Statement and Exhibits Pursuant to Court's Order By Plaintiff Harold B. Murphy. (ma) [EOD 09/17/99] [99-2150] |
| 9/20/99 | 22 | Exhibit Register by Plaintiff Harold B. Murphy (hrg 9/20/99) (ma) [EOD 11/05/99] [99-2150] |
| 9/24/99 | 21 | Memorandum of Law Regarding Collateral Estoppel By Defendant James E. Rafferty. (vf) [EOD 09/29/99] |

```
Proceedings include events between 1/1/99 and 2/1/00.              CLOSED
99-2150      Harold B. Murphy, et al v. James E. Rafferty           APPEAL

                  [99-2150]

11/30/99  23      Opinion/Order (11/30/99 Larry Lessen) Ruling On [10-1]
                  Amended Complaint by Harold B. Murphy. (eod 12/3/99) (ed)
                  [EOD 12/03/99] [99-2150]

11/30/99  24      Order (11/30/99 Larry Lessen) Granting [10-1] Amended
                  Complaint.  The judgment entered by the Superior Court of
                  Suffolk County in favor of Harold B Murphy, Trustee against
                  James Rafferty is nondischargeable. (eod 12/3/99) (ed)
                  [EOD 12/03/99] [99-2150]

12/13/99  --      Disposition of Adversary (99-2150) Granting [1-1] Complaint
                  NOS 426 Dischargeability 523 (ed) [EOD 12/13/99]
                  [99-2150]

12/13/99  --      Adversary Case (99-2150) Closed. (ed) [EOD 12/13/99]
                  [99-2150]

12/13/99  25      Notice Of Appeal By James E. Rafferty Appeal Designation
                  Due: 12/23/99 RE: [23-1] Opinion/Order (11/30/99 Larry
                  Lessen) Ruling on [10-1] Amended Complaint by Harold B
                  Murphy, and [24-1] Order (11/30/99 Larry Lessen) Granting
                  [10-1] Amended Complaint. The judgment entered by the
                  superior court of Suffolk County in favor of Harold B
                  Murphy, Trustee against James Rafferty is nondischargeable.
                  (fee pd $105.00) (ma) [EOD 12/15/99] [99-2150]

12/15/99  26      Court's Certificate of Mailing  Re: [25-1] Notice Appeal
                  by James E. Rafferty . (ma) [EOD 12/15/99] [99-2150]

12/23/99  27      Designation By Appellant James E. Rafferty Of Contents For
                  Inclusion In Record On Appeal Re: [25-1] Notice Appeal  by
                  James E. Rafferty ;  Transmission Due: 1/24/00 (ed)
                  [EOD 12/28/99] [99-2150]

12/23/99  27      Statement by  Defendant James E. Rafferty  of Issues on
                  Appeal Re: [25-1] Notice Appeal  by James E. Rafferty . (ed)
                  [EOD 12/28/99] [99-2150]

1/4/00    28      No Transcript Required for this Appeal by Defendant James
                  E. Rafferty Re: [25-1] Notice Appeal by James E. Rafferty
                  (ma) [EOD 01/06/00] [99-2150]
```



Certified to be a true and correct copy of the original.
Karen Eddy, Clerk
U.S. Bankruptcy Court
So. Dist. of Fla.
By Micheline Aarons
Deputy Clerk
Date: 2-1-00