UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

JAMES E. RAFFERTY,　　　　　　　　　　　　　Case No. 99-20373-BKC-PGH
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　Debtor.
_____/

HAROLD B. MURPHY Bankruptcy Trustee　　　　Adv. No. 99-2150-BKC-PGH-A
for Fayette Corporation,
　　　　Plaintiff
v
JAMES E. RAFFERTY,　　　　　　　　　　　　　**DESIGNATION OF ISSUES**
　　　　　　　　　　　　　　　　　　　　　　　**AND RECORD ON APPEAL**
　　　　Defendant.
_____/

## ISSUES

1. Does the record of the State Court support application of the doctrine of Collaterals Estoppel in finding an exception to discharge?

## RECORD

| Date | # | Description |
|---|---|---|
| 12/13/99 | 25 | Notice Of Appeal By James E. Rafferty |
| 11/30/99 | 24 | Order Granting [10-1] Amended Complaint. [EOD 12/03/99] |
| 11/30/99 | 23 | Opinion/Order Ruling On Amended Complaint by Harold B. Murphy. [EOD 12/03/99] |
| 09/20/99 | 22 | Exhibit Register by Plaintiff Harold B. Murphy |
| 09/24/99 | 21 | Memorandum of Law Regarding Collateral Estoppel By Defendant James E. Rafferty |
| 09/13/99 | 20 | Notice of Filing Opening Statement and Exhibits By Plaintiff Harold B. Murphy. |
| 06/30/99 | 11 | Answer to the First Amended Complaint by Defendant James E. Rafferty . |
| 06/22/99 | 10 | First Amended Complaint |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1, and that a copy of the foregoing will be served on the 27th day of December, 1999, via first class mail postage prepaid to Lloyd E. Swaim, Esq., 7880 W. Oakland

Park Blvd., Suite 202, Sunrise, FL 33308.

                              Respectfully submitted,
                              **KEVIN GLEASON, P.A.**
                              2699 Stirling Road, Suite A-201
                              Fort Lauderdale, FL 33312
                              Attorneys for Debtor
                              (954) 893-7670

                              By: _____
                                  Kevin Gleason, Esq.
                                  Florida Bar No. 369500

# ADDITIONAL ATTACHMENTS <u>NOT</u> SCANNED

PLEASE REFER TO COURT FILE