```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 00-6157-CIV-ZLOCH
                                             96-32700-BKC-PGH
                                    ADV. NO. 99-2150-BKC-PGH-A
IN RE:

JAMES E. RAFFERTY,

        Debtor.
_____/

JAMES E. RAFFERTY,

        Appellant,

vs.                                 ORDER TO SHOW CAUSE

HAROLD B. MURPHY, Trustee,

        Appellee.
_____/
```

FILED by _____ D.C.

FEB 25 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    THIS MATTER is before the Court sua sponte and upon the Notice of Appeal (DE 1) filed herein by the Appellant, James E. Rafferty. The Court has reviewed the entire court file herein and is otherwise fully advised in the premises.

    Rule 8009 of the Federal Rules of Bankruptcy Procedure provides in pertinent part as follows:

> (a) Unless the district court or the bankruptcy appellate panel by local rule or by order excuses the filing of briefs or specifies different time limits:
> (1) The appellant shall serve and file a brief within 15 days after entry of the appeal on the docket pursuant to Rule 8007.

The Court notes that the above-styled cause was entered as an appeal on the docket pursuant to Rule 8007 on February 4, 2000. The Court further notes that at no time has this Court or any



bankruptcy appellate panel modified the time limit set forth in Rule 8009. As of the date of February 23, 2000, the Appellant has neither moved for an extension of time nor filed his brief.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that on or before March 7, 2000, the Appellant, James E. Rafferty, shall file a memorandum showing good cause to this Court why the above-styled cause should not be dismissed for failure to comply with the time limits mandated by Rule 8009, or shall file a voluntary dismissal within the foregoing time period.

Upon the failure of the Plaintiff to comply with the provisions of this Order, the Court will dismiss the above-styled cause, without prejudice and without further notice or hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of February, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Kevin Gleason, Esq.
For Appellant

Lloyd E. Swaim, Esq.
For Appellee