UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6157-CIV-ZLOCH
        96-32700-BKC-PGH
ADV. NO. 99-2150-BKC-PGH-A

In re:

JAMES E. RAFFERTY,

    Debtor.
_____/

JAMES E. RAFFERTY,

    Appellant,

vs.    **FINAL ORDER OF DISMISSAL**

HAROLD B. MURPHY, Trustee,

    Appellee.
_____/

FILED by ____ D.C.
MAR 0 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    THIS MATTER is before the Court sua sponte. By Order (DE 4) dated February 25, 2000, the Court ordered the Appellant, James E. Rafferty, to file a memorandum on or before March 7, 2000, showing good cause to this Court why the above-styled cause should not be dismissed for failure to comply with the briefing schedule mandated by Rule 8009 of the Federal Rules of Bankruptcy Procedure. The Court further noted that upon the failure of the Appellant, James E. Rafferty, to comply with the provisions of said Order (DE 4), the Court would dismiss the above-styled cause, without prejudice and without further notice or hearing.

    Upon review of the entire court file herein, the Court notes that no memorandum of good cause has been filed either by, or on behalf of the Appellant, James E. Rafferty. Further, no appellant brief has been filed as required by Rule 8009.

5

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the above-styled cause be and the same is hereby **DISMISSED**, without prejudice, for failure to comply with Rule 8009 of the Federal Rules of Bankruptcy Procedure.

To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _8th_ day of March, 2000.

                              WILLIAM J. ZLOCH
                              United States District Judge

Copies furnished:

Kevin Gleason, Esq.
For Appellant

Lloyd E. Swaim, Esq.
For Appellee