UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6157-CIV-ZLOCH
                99-20373-BKC-PGH
ADV. NO. 99-2150-BKC-PGH-A

In re:

JAMES E. RAFFERTY,

      Debtor.

_____/

HAROLD B. MURPHY, Bankruptcy
Trustee for Fayette Corporation,

      Plaintiff,

vs.

JAMES E. RAFFERTY,

      Defendant.

_____/

FILED by _____ D.C.

MAR 2 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**O R D E R**

THIS MATTER is before the Court upon the Appellant, James Rafferty's, Motion For Rehearing On Final Order Of Dismissal, bearing file stamp of the Clerk of this Court dated March 17, 2000. The Court has carefully reviewed said Motion and after due consideration, it is

**ORDERED AND ADJUDGED** that the Appellant's aforementioned Motion For Rehearing On Final Order Of Dismissal be and the same is hereby **DENIED** without prejudice for failure to comply with Rule 7.1(A)(4) of the Local Rules of the United States District



Court for the Southern District of Florida.

IT IS FURTHER ORDERED AND ADJUDGED that Kevin Gleason, Esquire, counsel for Appellant, immediately upon receipt of same, shall provide copies of this Order to all counsel of record in the above-styled cause.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of March, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copy furnished:

Kevin Gleason, Esq.