UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

JAMES E. RAFFERTY,
                    Debtor.

_____/

HAROLD B. MURPHY Bankruptcy Trustee
for Fayette Corporation,
                    Plaintiff

v

JAMES E. RAFFERTY,
                    Defendant.

_____/

Case No.  00-6157-CIV-ZLOCH
Case No.  99-20373-BKC-PGH
Adv. No. 99-2150-BKC-PGH-A



## CORRECTED MOTION FOR REHEARING ON FINAL ORDER OF DISMISSAL

Appellant, James Rafferty, moves for a rehearing on the Court's Final Order of Dismissal and says:

1.  The Court entered an Order on February 27, 2000, which required Appellant to show cause, by March 7, 2000, why the above captioned case should not be dismissed for failure to comply with the briefing schedule.

2.  In response to said show cause order, Appellant filed a Response to Order to Show Cause and Motion for Extension of Time to File Brief, a copy of which is attached hereto as Exhibit A.

3.  In its response Appellant detailed the reasons for the non-compliance with the briefing schedule and requested a thirty (30) day extension of time to file its brief.

4.  Apparently, either the Appellant's response was night box filed or for some other reason the Appellant's response was not before the Court when the Court entered the Final Order of Dismissal.

5.  Appellant would submit that its Response to Order to Show Cause and Motion for Extension of Time to File Brief was a bona fide and proper response to the Court's February 27, 2000 Order to Show Cause.

6.  Appellant would further submit that its Response to Order to Show Cause and Motion for Extension of Time to File Brief was, and is, sufficient, for the Court to vacate its Final Order of Dismissal.

7.  Appellant submits that it has shown good cause for this Court to rehear its Final Order of Dismissal and grant Appellant an additional thirty (30) days within which to file its brief.



8.      Appellant attempted to contact Appellee's counsel to obtain Appellee's position on this Motion, but was informed that Appellee's counsel will be out of the office the entire week.

9.      Appellant will file a supplement to this Corrected Motion next week once it has had the opportunity to contact Appellee's counsel.

10.      Appellant's original Motion for Rehearing on Final Order of Dismissal was denied without prejudice for failure to comply with Local Rule 7.1(A)(4).

11.      Accompanying this Motion, in accordance with Local Rule 7.1(A)(4) are stamped addressed envelopes for each party entitled to notice of the Court's order on this matter.

WHEREFORE, Appellant respectfully requests the entry of an Order vacating the Final Order of Dismissal, discharging the Order To Show Cause, and extending the deadline for the filing of the initial brief by 30 days.

I HEREBY CERTIFY that a copy of the foregoing was served this 29th day of March, 2000, via first class mail postage prepaid to Lloyd E. Swaim, Esq., 7880 W. Oakland Park Blvd., Suite 202, Sunrise, FL 33308.

Respectfully submitted,

**KEVIN GLEASON, P.A.**
2699 Stirling Road, Suite A-201
Fort Lauderdale, FL 33312
(954) 893-7670

By: _____
    Kevin Gleason, Esq.
    Florida Bar No. 369500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

Case No.  00-6157-CIV-ZLOCH
Case No.  99-20373-BKC-PGH
Adv. No. 99-2150-BKC-PGH-A

JAMES E. RAFFERTY,
          Debtor.
_____/

HAROLD B. MURPHY Bankruptcy Trustee
for Fayette Corporation,
          Plaintiff
v
JAMES E. RAFFERTY,
          Defendant.
_____/

## RESPONSE TO ORDER TO SHOW CAUSE AND
## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Appellant, James Rafferty, responds to this Court's Order To show Cause, and moves for an extension of time to file the initial brief of the Appellant, and says:

1. Appellant has made a settlement offer to the Plaintiff below and is awaiting a response.

2. Due to a mis calendaring in the office of the undersigned, a motion for extension of time to file the brief was not filed before the due date of the brief.

3. The assets situation of the Appellant forces him to choose between funding a proposed settlement, or funding the appeal.  Consequently, Appellant requests an extension of 30 days to file the initial brief.

Wherefore, Appellant responds to the Order To Show Cause, and requests the entry of an order discharging the Order To Show Cause, and extending the deadline for the filing of the initial brief by 30 days.

I HEREBY CERTIFY that a copy of the foregoing was served this 7th day of March, 2000, via first class mail postage prepaid to Lloyd E. Swaim, Esq., 7880 W. Oakland Park Blvd., Suite 202, Sunrise, FL 33308.

Respectfully submitted,
**KEVIN GLEASON, P.A.**
2699 Stirling Road, Suite A-201
Fort Lauderdale, FL 33312
(954) 893-7670

By: _____
Kevin Gleason, Esq.
Florida Bar No. 369500

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                    Case No.  00-6157-CIV-ZLOCH
                                                          Case No.  99-20373-BKC-PGH
JAMES E. RAFFERTY,                                        Adv. No. 99-2150-BKC-PGH-A
           Debtor.

_____/

HAROLD B. MURPHY Bankruptcy Trustee
for Fayette Corporation,
           Plaintiff
v
JAMES E. RAFFERTY,
           Defendant.

_____/

## ORDER GRANTING
## CORRECTED MOTION FOR REHEARING ON FINAL ORDER OF DISMISSAL

        This matter having been brought before the court, without hearing on the motion of

Appellant, James Rafferty, for a rehearing on the Court's Final Order of Dismissal and upon

consideration of the record, good cause appearing therein, it is

        ORDERED that the motion is granted, and it is further

        ORDERED that Appellant shall have until April 10, 2000.

        DONE and ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this __ day of

_____, 2000.


                                                 _____
                                                 WILLIAM J. ZLOCH
                                                 United States District Court

Copies furnished to:
Kevin C. Gleason
with instructions to serve the below listed parties and file a certificate of service
Lloyd E. Swaim, Esq.
7880 W. Oakland Park Blvd. Suite 202
Sunrise, FL 33308.