UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                      Case No. 00-6157-CIV-ZLOCH
                                            Case No. 99-20373-BKC-PGH
JAMES E. RAFFERTY,                          Adv. No. 99-2150-BKC-PGH-A
    Debtor.
_____/
HAROLD B. MURPHY Bankruptcy Trustee
for Fayette Corporation,
    Plaintiff
v
JAMES E. RAFFERTY,
    Defendant.
_____/

## SUPPLEMENT TO
## CORRECTED MOTION FOR REHEARING ON FINAL ORDER OF DISMISSAL

    Appellant, James Rafferty, hereby files this, his Supplement to Corrected Motion for Rehearing on Final Order of Dismissal, and says:

    1. In his original Corrected Motion for Rehearing on Final Order of Dismissal, at paragraph 8, Appellant referenced that his counsel had attempted to contact Appellee's counsel to obtain his position on the Corrected Motion and that Appellee's counsel was out of his office for the week.

    2. In his original Corrected Motion for Rehearing on Final Order of Dismissal, at paragraph 9, Appellant further referenced that his counsel would file a supplement to the Corrected Motion once contact had been made with Appellee's counsel.

    3. Appellant's counsel has now been in contact with Appellee's counsel, and Appellee's counsel authorized the undersigned to represent to the Court that he has no objection to the relief requested in the Corrected Motion, to wit, vacating the Final Order of Dismissal and granting the Appellant a thirty (30) day extension of time to file its brief.

    WHEREFORE, Appellant respectfully files this Supplement to Corrected Motion for Rehearing on Final Order of Dismissal in support of Appellant request for the entry of an Order vacating the Final Order of Dismissal, discharging the Order To Show Cause, and extending the deadline for the filing of the initial brief by 30 days.



I HEREBY CERTIFY that a copy of the foregoing was served this 29th day of ~~March~~ 4th April, 2000, via first class mail postage prepaid to Lloyd E. Swaim, Esq., 7880 W. Oakland Park Blvd., Suite 202, Sunrise, FL 33308.

    Respectfully submitted,

    **KEVIN GLEASON, P.A.**
    Attorneys for Appellant
    2699 Stirling Road, Suite A-201
    Fort Lauderdale, FL 33312
    (954) 893-7670

    By:_____
      Kevin Gleason, Esq.
      Florida Bar No. 369500