UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6157-CIV-ZLOCH
            99-20373-BKC-PGH
ADV. NO. 99-2150-BKC-PGH-A

In re:

JAMES E. RAFFERTY,

    Debtor.
_____/

JAMES E. RAFFERTY,

    Appellant,

vs.                                          **O R D E R**

HAROLD B. MURPHY, Trustee,

    Appellee.
_____/

FILED by _____ D.C.

APR 0 6 2000

    THIS MATTER is before the Court upon the Corrected Motion For Rehearing On Final Order Of Dismissal (DE 8) filed herein by the Appellant, James E. Rafferty. The Court has carefully reviewed said Corrected Motion and the entire court file and is otherwise fully advised in the premises.

    By Order (DE 4) dated February 25, 2000, the Court ordered Appellant, James E. Rafferty, to file a memorandum on or before March 7, 2000, showing good cause to this Court why the above-styled cause should not be dismissed for failure to comply with the briefing schedule mandated by Rule 8009 of the Federal Rules of Bankruptcy Procedure. The Appellant failed to file the aforementioned memorandum with the Clerk of this Court on or before



March 7, 2000 and the Court dismissed the above-styled cause by Final Order Of Dismissal (DE 5).

In the instant Corrected Motion (DE 8), the Appellant requests that the Court vacate its Final Order Of Dismissal (DE 5), discharge its Order To Show Cause (DE 4) and extend the deadline for filing an initial brief by 30 days. As grounds for his Corrected Motion, the Appellant asserts as follows: (1) that he did file a memorandum in response to this Court's Order To Show Cause (DE 4) on or before March 7, 2000, and (2) that in his memorandum he showed good cause for failing to comply with the briefing schedule mandated by Rule 8009 of the Federal Rules of Bankruptcy Procedure.

As to the Appellant's first assertion, the Court notes while the appellant did file a memorandum in response to this Court's Order To Show Cause (DE 4) on March 7, 2000, he failed to comply with this Court's Order (DE 4) in doing so. The Court's Order (DE 4) directed the Appellant a file a memorandum showing good cause to this Court why the above-styled cause should not be dismissed. The Appellant, however, failed to file a memorandum with the Clerk of this Court, filing his memorandum instead with the United States Bankruptcy Court.

As to the Appellant's second assertion, the Court finds that the Appellant failed to show good cause in the aforementioned memorandum for failing to comply with the briefing schedule

2

mandated by Rule 8009 of the Federal Rules of Bankruptcy Procedure.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Appellant's Corrected Motion For Rehearing On Final Order Of Dismissal (DE 8) be and the same is hereby **DENIED**;

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _____ day of April, 2000.

                                         _____
                                         WILLIAM J. ZLOCH
                                         United States District Judge

Copies furnished:

Kevin Gleason, Esq.
For Appellant

Lloyd E. Swaim, Esq.
For Appellee